# Exhibit A

Harlan M. Reese, Esq.
Joseph M. Pleasant, Esq.
James E. Delaney, Esq.
Jenny R. Louro, Esq

**Reese Law Group**
**A Professional Law Corporation**
3168 Lionshead Avenue
Carlsbad, CA 92010
Telephone: (760) 842-5850
Facsimile: (760) 842-5865

Breanne L. Reese, Esq.
Golnaz Heidari, Esq.
Shiv Samtani, Esq.

May 7, 2019

ANGELA J DIAZ
1152 FRANKLIN AVE APT 23
YUBA CITY CA 95991-5348

Re: Wells Fargo Bank, N.A.
Our File Number:  561660
Claim: $11,952.39
Account Number Ending:  1936

Dear ANGELA J DIAZ:

This law firm represents WELLS FARGO BANK, N.A. . Your file was forwarded to us for collection. The amount of your debt you owe to WELLS FARGO BANK, N.A. is $11,952.39. Please note that if a lawsuit is initiated to collect the claim amount, and if our client prevails, a judgment may be entered against you which may include not only the principal amount but also the cost of filing the lawsuit, the cost of serving the lawsuit and, when allowed by law, reasonable attorney's fees. We urge you to contact Michael Campbell, Ext. 256, a non-attorney collection assistant.

Sincerely,

James E. Delaney, Esq.

### This Communication is from a Debt Collector
### IMPORTANT LEGAL NOTICE
### FEDERAL NOTICE

**Unless you notify us, within 30 days after receipt of this notice, that you dispute the validity of this debt or any portion thereof, the debt will be assumed to be valid. If you notify us, in writing, within the 30 day period, that the debt or portion thereof, is disputed, we will obtain verification of the debt or obtain a copy of the judgment against you and a copy of such verification of the debt or judgment will be mailed to you. If you notify us, in writing, within 30 days following receipt of this notice, we will also provide you with the name and address of the original creditor, if different from the current creditor. This letter is an attempt to collect a debt and any information obtained will be used for that purpose.**

### CALIFORNIA NOTICE

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.**

DWF100A